THE PEOPLE ex rel. CHAUNCEY KILMER and others *v.* PATRICK McDONALD, ANDREW J. CHERITREE and others.

The writ of certiorari granted in this case was quashed at the September term (see 2 Hun, 70) for the mistaken reason that the writ was not issued by the court at Special Term, but by a judge at chambers.

A motion was made at this term for a reargument, upon the ground that the writ was, in fact, granted at Special Term. The court was of opinion that a reargument should be had.

*A. Pond*, for the relators.

*P. H. Cowen*, for the respondents.

Opinion by Landon, J.

Countryman, J., concurred.

Reargument ordered, costs to abide the event.